# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :    No. 480
                                                :
APPOINTMENT TO CRIMINAL                         :    CRIMINAL PROCEDURAL RULES
                                                :
PROCEDURAL RULES COMMITTEE                      :

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 26th day of September, 2016, the Honorable Bruce R. Beemer, Dauphin County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2018.